IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
ERIC FLORES,                      )
                                  )
            Plaintiff,            )        4:15CV3038
                                  )
       v.                         )
                                  )
UNITED STATES ATTORNEY            )        ORDER AND JUDGMENT
GENERAL and FEDERAL BUREAU        )
OF INVESTIGATION,                 )
                                  )
            Defendants.           )
_____)
```

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED:

1)   Plaintiff's Complaint (Filing No. 1) is dismissed with prejudice as frivolous.

2)   Flores's Motion for Leave to Proceed in Forma Pauperis (Filing No. 3) is denied.

DATED this 22nd day of October, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court

---

\*   This opinion may contain hyperlinks to other documents or Web sites.  The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the Court has no agreements with any of these third parties or their Web sites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.